No. 203, Misc.   LYLE *v.* EIDSON, WARDEN.   Supreme Court of Missouri.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 205, Misc.   DAYTON *v.* HUNTER, WARDEN.   C. A. 10th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 206, Misc.   SPENCE *v.* INDIANA ET AL.   Criminal Court of Cook County, Illinois.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 208, Misc.   MONAGHAN *v.* BURKE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 211, Misc.   JACKSON *v.* BURFORD, WARDEN.   Criminal Court of Appeals of Oklahoma.   Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

*Rehearing Denied.*